# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VICKI L. GLASCO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: CIV-13-130-C |
| | ) | |
| (1) ADVANCED DENTAL IMPLANT & | ) | |
| DENTURE CENTER, LLC, d/b/a MY DENTIST; | ) | |
| (2) ADVANCED DENTAL IMPLANT | ) | |
| AND DENTURE, INC.; and | ) | |
| (2) MY DENTIST HOLDINGS, LLC | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

On this 9th day of September, 2013, the parties' Joint Motion to Extend All Deadlines comes before this Court. Having reviewed said Motion, this Court finds it should be granted. Accordingly, the Scheduling Order is amended as follows:

| No. | Deadline | Former Date | Current Date |
|---|---|---|---|
| 1. | Plaintiff to file final witness list | October 15, 2013 | December 14, 2013 |
| 2. | Defendant to file final witness list | October 29, 2013 | December 28, 2013 |
| 3. | Plaintiff to file final exhibit list | October 15, 2013 | December 14, 2013 |
| 4. | Defendant to file final exhibit list | October 25, 2013 | December 24, 2013 |
| 5. | Defendant to file objections to Plaintiff's final exhibit list | November 15, 2013 | January 14, 2013 |
| 6. | Plaintiff to file objections to Defendant's final exhibit list | November 25, 2013 | January 24, 2013 |
| 7. | Discovery cut-off | November 1, 2013 | December 31, 2013 |
| 8. | Dispositive and *Daubert* Motions | November 1, 2013 | December 31, 2013 |
| 9. | Designations of deposition testimony | January 2, 2014 | March 3, 2014 |
| 10. | Objections and counter-designations to deposition testimony | January 7, 2014 | March 8, 2014 |
| 11. | Final Pretrial Report | January 2, 2014 | March 3, 2014 |
| 12. | Trial docket | January 14, 2014 | March 11, 2014 |

IT IS SO ORDERED this 9th day of October, 2013.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge